**Electronically Filed
Supreme Court
SCWC-19-0000427
15-OCT-2024
07:50 AM
Dkt. 17 ODAC**

SCWC-19-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JULIAN JORDAN D. CORPUZ, II,
Respondent/Plaintiff-Appellee,
vs.
VAPEHEAD ORIGINS USA, LLC, a foreign limited liability company;
24 HOUR VAPES, LLC, a domestic limited liability company,
Respondents/Defendants/Cross-Claim Defendants/
Cross-Claimants-Appellees,
and
JOCOR ENTERPRISES LLC, dba Volcano Fine Electronic Cigarettes,
a domestic limited liability company,
Petitioner/Defendant/Cross-Claimant/
Cross-Claim Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000427; CASE NO. 1CC171001631)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Hamman, in place of Devens, J., recused)

Petitioner Jocor Enterprises LCC, dba Volcano Fine
Electronic Cigarettes' Application for Writ of Certiorari, filed
on August 19, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, October 15, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kirstin M. Hamman

